IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -3 PM 4: 52

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| CARRIER CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-2307 Ml/V |
| | ) | |
| PAUL P. PIPER, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER GRANTING MOTIONS FOR ADMISSION PRO HAC VICE

It is ORDERED that the April 27, 2005, Motions for Admission
*Pro Hac Vice* of John A. Poakeart and Pamela E. Elkow on behalf of
Plaintiff Carrier Corporation are hereby GRANTED.

ENTERED this ⟨3⟩ day of May, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-9-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02307 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Pamela Elkow
Robinson & Cole, LLP
Financial Centre
695 E.Main Street
Stamford, CT 06904--230

John A. Poakeart
Robinson & Cole, LLP
Financial Centre
695 E. Main Street
Stamford, CT 06904--230

Honorable Jon McCalla
US DISTRICT COURT