FILED BY _____ D.C.

05 MAY 18 PM 3:32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| CARRIER CORPORATION, | ) | Civil Action No. 05-2307 Ml/V |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL P. PIPER, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon a review of the affidavit of Joey Lee Miranda, Esq. and the annexed documents thereto, the motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Joey Lee Miranda, Esq., is permitted to argue and/or try this case in whole or in part as counsel or advocate for the Plaintiff, Carrier Corporation.

A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

Plaintiff Carrier Corporation shall serve a copy of this Order on all counsel in this case.

Dated: May 18, 2005

_____
Judge

5

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02307 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Pamela Elkow
Robinson & Cole, LLP
Financial Centre
695 E.Main Street
Stamford, CT 06904--230

John A. Poakeart
Robinson & Cole, LLP
Financial Centre
695 E. Main Street
Stamford, CT 06904--230

Honorable Jon McCalla
US DISTRICT COURT