UNITED STATES DISTRICT COURT
WESTERN DIVISION OF TENNESSEE

FILED BY ____ D.C.

05 JUN -7 PM 2: 49

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| CARRIER CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO.: 05-2307-MI V |
| | ) |
| PAUL P. PIPER, JR., et al, | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Before the Court is Defendant, Piper Coating Technologies, Inc.'s Motion for Extension of Time to File a Responsive Pleading, filed on June 3, 2005; and it appearing that Plaintiff's counsel have agreed to the extension sought in the Defendant's Motion, and for good cause shown, the Motion is **GRANTED**. The Defendant, Piper Coating Technologies, Inc. shall have up to and including July 6, 2005 to respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Date: June 7, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6/13/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02307 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

John A. Poakeart
Robinson & Cole, LLP
Financial Centre
695 E. Main Street
Stamford, CT 06904--230

Joey Miranda
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103--359

Pamela Elkow
Robinson & Cole, LLP
Financial Centre
695 E.Main Street
Stamford, CT 06904--230

Honorable Jon McCalla
US DISTRICT COURT