UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY /ORs D.C.

05 JUN 16 AM 11:31

ROGER R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| CARRIER CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2307-MIV |
| PAUL P. PIPER, JR., et al., | ) |
| Defendants. | ) |

## ORDER

Defendant Quanex Corporation's Unopposed Motion To Extend Time In Which To Answer, Move or Otherwise Respond is hereby granted. Defendant Quanex Corporation shall have until and including July 15, 2005 to answer or otherwise respond to plaintiff Carrier Corporation's Complaint in this matter.

_____
Judge – U.S. Magistrate Judge

Dated: June 15, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02307 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Pamela Elkow
Robinson & Cole, LLP
Financial Centre
695 E.Main Street
Stamford, CT 06904--230

John A. Poakeart
Robinson & Cole, LLP
Financial Centre
695 E. Main Street
Stamford, CT 06904--230

Joey Miranda
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103--359

Honorable Jon McCalla
US DISTRICT COURT