UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY ___ J.C.

05 JUN 23 PM 4:4_

ROBERT R. DI TROLIO
CLERK, U.S. DISTRICT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| CARRIER CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-2307-MIV |
| PAUL P. PIPER, JR., et al., | ) | |
| Defendants. | ) | |

### ORDER

The motion of Roger W. Patrick to represent defendant Quanex Corporation in the above-captioned matter is hereby granted.

_____
Judge

Dated: June 23, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02307 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

John A. Poakeart
Robinson & Cole, LLP
Financial Centre
695 E. Main Street
Stamford, CT 06904--230

Joey Miranda
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103--359

Pamela Elkow
Robinson & Cole, LLP
Financial Centre
695 E.Main Street
Stamford, CT 06904--230

Honorable Jon McCalla
US DISTRICT COURT