**ORDER**   05-2307-ML

The foregoing Motion for Extension of Time, having been presented to the Court, is hereby ordered (GRANTED) / DENIED on this __10__ day of __Aug__ 2005.

BY THE COURT

_/s/ Jon P. McCalla_
Judge/Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __8-11-05__

2

32

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CARRIER CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>PAUL P. PIPER, JR., *et al.*,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL NO. 2:05-cv-02307-Ml/V |

FILED BY _____ D.C.

2005 AUG 10 PM 12:34

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## MOTION OF CARRIER CORPORATION FOR EXTENSION OF TIME

Pursuant to Local Rule 7.1(a), Plaintiff, Carrier Corporation ("Carrier"), hereby respectfully moves this Court for an extension of time, up to and including August 26, 2005, by which to respond to Defendant Quanex Corporation's ("Quanex") motion to dismiss dated July 14, 2005. Counsel for Quanex consents to this motion for an extension of time.

WHEREFORE, for all the reasons set forth in the accompanying memorandum of law, this Court should grant Carrier its requested extension of time to respond to Quanex's motion to dismiss.

Dated: Stamford, Connecticut
       August 9, 2005

Respectfully submitted,
CARRIER CORPORATION

By _____
    Pamela K. Elkow
    Joey Lee Miranda
    John A. Poakeart
    Robinson & Cole LLP
    Financial Centre
    695 E. Main Street
    Stamford, CT 06904-2305
    Tel. (203) 462-7500
    Fax (203) 462-7599

STAM1-796124-1

**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CV-02307 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Joey Miranda
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103--359

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Allen T. Malone
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

John A. Poakeart
Robinson & Cole, LLP
Financial Centre
695 E. Main Street
Stamford, CT 06904--230

Pamela Elkow
Robinson & Cole, LLP
Financial Centre
695 E.Main Street
Stamford, CT 06904--230

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT