UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 29 PM 4: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| CARRIER CORPORATION, | ) |
| Plaintiff, | ) |
| V. | ) CIVIL NO. 2:05-CV-2307-Ml/V |
| PAUL P. PIPER, JR., ET AL. | ) |
| Defendants. | ) |

## ORDER

AND NOW, this _29_ day of _August_ 2005, upon consideration of the Motion of Plaintiff Carrier Corporation for Leave to File an Amended Complaint and the accompanying Memorandum of Law, it is hereby ORDERED that the Motion is GRANTED.

Dated _August 29_, 2005

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

STAM1-796912-1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-30-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:05-CV-02307 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Pamela Elkow
Robinson & Cole, LLP
Financial Centre
695 E.Main Street
Stamford, CT 06904--230

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Allen T. Malone
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

John A. Poakeart
Robinson & Cole, LLP
Financial Centre
695 E. Main Street
Stamford, CT 06904--230

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Joey Miranda
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103--359

Honorable Jon McCalla
US DISTRICT COURT