IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 9/1/05
TIME: 3:30 pm
INITIALS: JPW

**CARRIER CORPORATION,**

    **PLAINTIFF,**

V.                                 **CIVIL ACTION NO.: 2:05-cv-02307-JPM-dvk**

**PAUL P. PIPER, JR.,** *et al.***,**

    **DEFENDANTS**

## AGREED ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Come now the parties and state to the Court, by consent, that Charles C. Harrell and Charles F. Morrow of the law firm of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, 6075 Poplar Avenue, Suite 500, Memphis, Tennessee, 38119, Telephone No.: (901) 680-7200, Facsimile No.: (901) 680-7201, should be substituted as counsel of record for Defendant, Quanex Corporation, and that Robert E. Craddock, Jr., and the law firm of Wyatt, Tarrant & Combs, LLP, should be allowed to withdraw as counsel of record for Defendant, Quanex Corporation.

IT IS, THEREFORE, ORDERED that Robert E. Craddock, Jr., and the law firm of Wyatt, Tarrant & Combs, LLP, are hereby allowed to withdraw as counsel of record for Defendant, Quanex Corporation, effective immediately and Charles C. Harrell and Charles F. Morrow and the law firm of Butler, Snow, O'Mara, Stevens & Cannada, PLLC are hereby substituted as counsel of record for Defendant, Quanex Corporation, for all purposes, including trial hereof.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9/2/05

40

SO ORDERED this the \_\_\_\_1\_\_\_ day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED:


*Joey Lee Miranda* (BY MDF w/ PERMISSION)
Joey Lee Miranda, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

and

John A. Poakeart, Esq.
Pamela Elkow, Esq.
Robinson & Cole LLP
Financial Centre
695 E. Main Street
Stamford, CT 06904


*David Wade* (BY MDF w/ PERMISSION)
David Wade, Esq.
Martin, Tate, Morrow & Marston
International Place, Tower II
6410 Poplar Ave. Suite 1000
Memphis, TN 38119


*Allen T. Malone* (BY MDF w/ PERMISSION)
Allen T. Malone, Esq.
Burch, Porter & Johnson
130 No. Court Avenue
Memphis, TN 38103


*Robert E. Craddock, Jr.* (BY MDF w/ PERMISSION)
Robert E. Craddock, Jr., Esq.
Wyatt, Tarrant & Combs, LLP
The Renaissance Center
1715 Aaron Brenner Drive
Suite 800
Memphis, TN 38120

3

_Roger W. Patrick_ (BY MDF w/ PERMISSION)
Roger W. Patrick, Esq.
Mayer, Brown, Rowe & Maw, LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

_Charles F. Morrow_ (BY MDF w/ PERMISSION)
Charles C. Harrell
Charles F. Morrow
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:05-CV-02307 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

John A. Poakeart
Robinson & Cole, LLP
Financial Centre
695 E. Main Street
Stamford, CT 06904--230

Joey Miranda
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103--359

Allen T. Malone
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Pamela Elkow
Robinson & Cole, LLP
Financial Centre
695 E.Main Street
Stamford, CT 06904--230

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT