FILED BY _____ D.C.

05 SEP -6 PM 5: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN

FILED BY _____ D.C.

05 SEP -2 PM 4: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| CARRIER CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:05-CV-02307-JPM-dkv |
| PAUL P. PIPER, JR., *et al.*, | ) |
| Defendants. | ) |

**MOTION GRANTED**

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

9.6.2005
DATE

## UNOPPOSED MOTION OF DEFENDANT QUANEX CORPORATION FOR LEAVE TO FILE REPLY BRIEF AND MEMORANDUM IN SUPPORT

**COMES NOW** Defendant, Quanex Corporation ("Quanex"), and respectfully moves this Honorable Court for an Order allowing Quanex to file a Reply Brief in Support of its Motion to Dismiss. In support of this Motion, Quanex states as follows:

1. On July 14, 2005, Quanex filed a Motion to Dismiss. Plaintiff responded to Quanex's motion on August 26, 2005.

2. Because of the gravity of this dispositive motion, as well as Plaintiff's introduction of new factual information about its relationship with EPA, Quanex requests an opportunity to reply to Plaintiff's brief and believes such a brief would benefit the Court in its consideration of this motion.

3. Quanex's counsel has conferred with opposing counsel regarding this Motion, and all counsel consent to the Motion.

5. Attached hereto is a proposed Order Granting Leave to Defendant to File Reply. Respectfully submitted this the 2nd day of September, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-7-05

(44)

*[signature]*

Charles C. Harrell (TN Bar # 5886)
Charles F. Morrow (TN Bar # 13890)
Michael D. Fitzgerald (TN Bar # 20079)
BUTLER, SNOW, O'MARA, STEVENS
 & CANNADA, PLLC
Crescent Center
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7200
Facsimile:  (901) 680-7201

**Counsel for Quanex Corporation**

OF COUNSEL:

Roger W. Patrick
Jay C. Johnson
MAYER, BROWN, ROWE & MAW, LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be served, this 2nd day of September, 2005, the above and foregoing Defendant's Motion for Leave to File Reply to Plaintiff's Response to Motion to Dismiss via U.S. Mail, postage prepaid upon the following:

>John A. Poakeart, Esq.
>Pamela Elkow, Esq.
>Robinson & Cole, LLP
>Financial Centre
>695 E. Main Street
>Stamford, CT 06904
>
>Joey Lee Miranda, Esq.
>Robinson & Cole, LLP
>280 Trumball Street
>Hartford, CT 06103
>
>David Wade, Esq.
>Martin, Tate, Morrow & Marston
>International Place, Tower II
>6410 Poplar Ave. Suite 1000
>Memphis, TN 38119
>
>Allen T. Malone, Esq.
>Burch, Porter & Johnson
>130 No. Court Avenue
>Memphis, TN 38103

_____
MICHAEL D. FITZGERALD

**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:05-CV-02307 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

John A. Poakeart
Robinson & Cole, LLP
Financial Centre
695 E. Main Street
Stamford, CT 06904--230

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Joey Miranda
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103--359

Allen T. Malone
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Pamela Elkow
Robinson & Cole, LLP
Financial Centre
695 E.Main Street
Stamford, CT 06904--230

Honorable Jon McCalla
US DISTRICT COURT