UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -8 PM 3: 01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| CARRIER CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| V. | ) CIVIL NO. 2:05-CV-2307-Ml/V |
| PAUL P. PIPER, JR., ET AL. | ) ) ) |
| Defendants. | ) |

## ORDER

AND NOW, this 7th day of September 2005, upon consideration of the Motion of Plaintiff Carrier Corporation for Extension of Time to Respond to Discovery Requests and the accompanying Memorandum of Law, it is hereby ORDERED that the Motion is GRANTED. Time to respond to discovery requests is extended to September 30, 2005.

Dated: September 7, 2005

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

STAM1-797381-1

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 9-8-05

(45)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CV-02307 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Pamela Elkow
Robinson & Cole, LLP
Financial Centre
695 E.Main Street
Stamford, CT 06904--230

Allen T. Malone
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Joey Miranda
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103--359

John A. Poakeart
Robinson & Cole, LLP
Financial Centre
695 E. Main Street
Stamford, CT 06904--230

Honorable Jon McCalla
US DISTRICT COURT