IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| CARRIER CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-2307 Ml/V |
| | ) | |
| PAUL P. PIPER, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER TO SHOW CAUSE**

Before the Court is the Motion to Dismiss, Affirmative Defenses, and Answer of Defendants Paul. P. Piper, Jr., individually and as executor of the Estate of Paul P. Piper, Sr., Piper Industrial Coatings, Inc., Piper Mini-Storage, Inc., Piper Industries, Inc., a Texas Corporation, Claudia B. Piper, individually and as Trustee for Annette Allison Piper, Paul Gordon Piper and Ronald K. Piper, Jr., and Annette Piper Sandstrom, filed July 11, 2005. Also before the Court is the Motion to Dismiss, Affirmative Defenses, and Answer of Cross-Defendant, Piper Industrial Coatings, Inc., filed July 11, 2005. Under Local Rule 7.2(a)(2) and Fed. R. Civ. P. 6, a response to these motions was due on or before August 10, 2005. To date, neither Plaintiff nor Cross-Plaintiff has filed a response. Accordingly, Plaintiff is hereby ORDERED to SHOW CAUSE within ten

-1-

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-12-05

(10) days of the date of entry of this Order why Defendants' motion should not be granted.[1]  Similarly, Cross-Plaintiff Lund Coating Technologies, Inc. is hereby ORDERED to SHOW CAUSE within ten (10) days of the date of entry of this Order why Cross-Defendant's motion should not be granted.

Failure to respond to this Order to Show Cause in a timely manner may result in a judgment in favor of Defendants on the motion.

So ORDERED this  11  day of October, 2005.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1]  To comply with this Order, Plaintiff must file a written response to Defendants' motion.

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:05-CV-02307 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Allen T. Malone
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Michael D. Fitzgerald
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Pamela Elkow
Robinson & Cole, LLP
Financial Centre
695 E.Main Street
Stamford, CT 06904--230

Joey Miranda
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103--359

John A. Poakeart
Robinson & Cole, LLP
Financial Centre
695 E. Main Street
Stamford, CT 06904--230

Honorable Jon McCalla
US DISTRICT COURT