UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 OCT 14 PM 3:52
THOMAS M. GOULD
CLERK, US DISTRICT COURT

| | |
|---|---|
| CARRIER CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO.: 05-2307-Ml V |
| ) | |
| PAUL P. PIPER, JR., et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| LUND COATING TECHNOLOGIES, INC. ) | |
| (F/K/A PIPER COATING TECHNOLOGIES ) | |
| INC.) ) | |
| ) | |
| Defendant/Cross-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PIPER INDUSTRIAL COATINGS, INC. and ) | |
| RONALD K. PIPER, JR., ) | |
| ) | |
| Defendants/Cross-Defendants. ) | |

## ~~PROPOSED~~ ORDER GRANTING LEAVE TO FILE AMENDED CROSS-CLAIM

Before the Court is the motion filed by Defendant Lund Coating Technologies, Inc., for leave to file an Amended Cross-Claim naming both Piper Industrial Coatings, Inc. and Ronald K. Piper, Jr. as Cross-Defendants. For good cause shown, the motion for leave to amend the Cross-Claim is GRANTED, and the Amended Cross-Claim attached to Defendant's motion is deemed filed as of the date of this order.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-17-05



So ordered this __14th__ day of October 2005.

_Diane K. Vescovo_
Hon. ~~Jon Phipps McCalla~~ Diane K. Vescovo
United States District Judge

## **CERTIFICATE OF SERVICE**

Copies of the foregoing Motion and Proposed Order were forwarded this 14th day of October, 2005, by United States Mail, postage prepaid, to:

>Joey Lee Miranda, Esq.
>John A. Poakeart, Esq.
>Pamela K. Elkow, Esq.
>Robinson & Cole, LLP
>280 Trumble Street
>Hartford, CT 06103-3597


>David Wade, Esq.
>Martin, Tate, Morrow & Marston, P.C.
>22 North Front Street
>Suite 1100
>Memphis, TN 38103-1182

>Charles C. Harrell
>Charles F. Morrow
>Michael D. Fitzgerald
>Butler Snow O'Mara Stevens & Cannada
>6075 Poplar Avenue
>Suite 500
>Memphis, TN 38119

_____
Allen T. Malone

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:05-CV-02307 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

John A. Poakeart
Robinson & Cole, LLP
Financial Centre
695 E. Main Street
Stamford, CT 06904--230

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Joey Miranda
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103--359

Allen T. Malone
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Michael D. Fitzgerald
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Pamela Elkow
Robinson & Cole, LLP
Financial Centre
695 E.Main Street
Stamford, CT 06904--230

Honorable Jon McCalla
US DISTRICT COURT