FILED BY _AL_ D.C.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 OCT 25 PM 4: 49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN - MEMPHIS

| | |
|---|---|
| **CARRIER CORPORATION,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:05-CV-02307-JPM-dkv |
| v. ) | |
| ) | |
| **PAUL P. PIPER, JR.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING MOTION OF DEFENDANT
### QUANEX CORPORATION FOR LEAVE TO FILE REPLY BRIEF

Upon Motion of Defendant Quanex Corporation for Leave to File Reply Brief in support of its Motion to Dismiss Amended Complaint, the Court is of the opinion that the Motion of Defendant Quanex Corporation for Leave to File Reply Brief is well-taken and is hereby GRANTED.

IT IS, THEREFORE, ORDERED that Quanex Corporation may file a Reply Brief in support of its Motion to Dismiss within fourteen (14) days of the entry of this Order.

IT IS SO ORDERED this the 25 day of October, 2005.

_____
U.S. DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:05-CV-02307 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

John A. Poakeart
Robinson & Cole, LLP
Financial Centre
695 E. Main Street
Stamford, CT 06904--230

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Joey Miranda
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103--359

Allen T. Malone
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Michael D. Fitzgerald
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Pamela Elkow
Robinson & Cole, LLP
Financial Centre
695 E.Main Street
Stamford, CT 06904--230

Honorable Jon McCalla
US DISTRICT COURT