UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC -9 PM 4: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| **CARRIER CORPORATION** | : |
| Plaintiff, | : |
| V. | : |
| **PAUL P. PIPER, JR, ET AL.** | : CIVIL NO.: 05-CV-2307 MI/V |
| Defendants. | : |
| **LUND COATING TECHNOLOGIES, INC. (F/K/A PIPER COATING TECHNOLOGIES INC.)** | : |
| Defendant/Cross-Plaintiff, | : |
| v. | : |
| **PIPER INDUSTRIAL COATINGS, INC.** | : |
| Defendant/Cross-Defendant. | : |

## ORDER

Upon consideration of the Joint Motion for Extension of Time on Consent filed by Plaintiff Carrier Corporation and Defendant Lund Coating Technologies, Inc. and the accompanying Memorandum of Law, it is hereby ORDERED that Carrier has up to and including December 14, 2005 to file its objection to Lund's Motion for Summary Judgment and Lund has up to and including December 14, 2005 to file its response in opposition to the Renewed Motion of Carrier Corporation for Leave to File a Deferred Amended Complaint.

Dated: December 9, 2005

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

HART1-1297511-1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 79 in case 2:05-CV-02307 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Joey Miranda
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103--359

Allen T. Malone
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Michael D. Fitzgerald
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Pamela Elkow
Robinson & Cole, LLP
Financial Centre
695 E.Main Street
Stamford, CT 06904--230

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

John A. Poakeart
Robinson & Cole, LLP
Financial Centre
695 E. Main Street
Stamford, CT 06904--230

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT