IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| CARRIER CORPORATION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 05-2307 Ml/V |
| PAUL P. PIPER, JR., et al., | ) ) | |
| Defendants. | ) ) | |
| LUND COATING TECHNOLOGIES, INC. (f/k/a PIPER COATING TECHNOLOGIES, INC.), | ) ) ) ) | |
| Defendant and Cross-Plaintiff, | ) ) ) | |
| v. | ) ) | |
| PIPER INDUSTRIAL COATING, INC., | ) ) | |
| Defendant and Cross-Defendant, | ) ) ) | |

### ORDER OF REFERENCE

Pending before the Court is Plaintiff's Renewed Motion for Leave to File a Deferred Amended Complaint, filed December 1, 2005. Defendants responded in opposition on December 12, 2005.

This matter is hereby referred to the United States Magistrate Judge for report and recommendation. Any exceptions to the Magistrate Judge's order shall be made within ten (10) days of the Magistrate Judge's order, setting forth particularly those

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  12-19-05



portions of the order excepted to and the reasons for the exceptions.

So ORDERED this 14th day of December, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 2:05-CV-02307 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

John A. Poakeart
Robinson & Cole, LLP
Financial Centre
695 E. Main Street
Stamford, CT 06904--230

Pamela Elkow
Robinson & Cole, LLP
Financial Centre
695 E.Main Street
Stamford, CT 06904--230

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Joey Miranda
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103--359

Michael D. Fitzgerald
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Allen T. Malone
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT