IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| CARRIER CORPORATION, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 05-2307 Ml/V |
| | ) |
| PAUL P. PIPER, JR., et al., | ) |
| | ) |
| | ) |
|     Defendants. | ) |

_____

**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR STAY OR FOR
EXTENSION OF TIME TO SUBMIT EXPERT DISCLOSURES**
_____

    Before the Court is Plaintiff's Motion for Stay of Discovery or Extension of Time to Submit Expert Disclosures, filed February 17, 2006. Defendant Quanex Corporation filed a Notice of Consent to Plaintiff's motion on February 21, 2006. For good cause shown, the Court GRANTS the motion for extension. Plaintiff shall have an extension of two weeks, up to and including Monday, March 13, 2006, by which to submit its expert disclosures pursuant to the Scheduling Order entered on August 19, 2005.

    So ORDERED this 23rd day of February, 2006.

                                    /s/ Jon P. McCalla
                                    JON P. McCALLA
                                    UNITED STATES DISTRICT JUDGE